UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF CASE NOS. 2:22-cv-188, 1:22-cv-914        Administrative Order No. 22-CA-089
_____/

**WHEREAS** Case No. 2:22-cv-188, *Jeffrey Schreiber v. Mayo Foundation for Medical Education and Research*, and Case No. 1:22-cv-914, *Kelley Kasul v. Madavor Media, LLC*, cases assigned to the Honorable Jane M. Beckering, have been determined to be a cognate case alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act;

**IT IS ORDERED** that, in the interests of judicial economy and to conserve judicial resources, the above cases shall be **REASSIGNED** to the undersigned, who has the previously filed cognate case of *Krassick v. Archaeological Institute of America,* case no. 2:21-cv-180*,* pursuant to W.D. Mich LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that Magistrate Judge Ray Kent shall be the assigned magistrate in this case.

**IT IS FURTHER ORDERED** that another two cases shall be assigned to the Honorable Jane M. Beckering, according to the approved procedure.

A copy of this Administrative Order shall be filed in these cases.

FOR THE COURT:

Dated: October 6, 2022

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE