UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER,

       Plaintiff,                        Case No. 2:22–cv–188

v.                                  Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   October 13, 2022   09:00 AM
Chief Judge:   Hala Y. Jarbou
Place/Location:   by video

                                      HALA Y. JARBOU
                                      Chief United States District Judge

Dated:  October 11, 2022       By:   /s/ Kelly J. Wilkes_____
                                                   Case Manager