# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

## MINUTES

JEFFREY SCHREIBER,

    Plaintiff,

v.

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

CASE NO. 2:22-cv-188
DATE: October 13, 2022
TIME: 9:19 AM - 9:37 AM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Frank S. Hedin
Gregory A. Mitchell

DEFENDANT(S):

## PROCEEDINGS

NATURE OF HEARING:
Status conference held on the record.

COURT REPORTER:    Genevieve Hamlin          /s/ K. Wilkes
                                                                          CASE MANAGER