UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY SCHREIBER, individually and
behalf of all others similarly situated.

    Plaintiff,

v.

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.

_____/

Case No. 2:22-cv-00188
Hon. Hala Y. Jarbou

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter having come before the Court upon the stipulation of the parties, Defendant Mayo Foundation for Medical Education and Research ("Mayo") requiring additional time to respond to Plaintiff's Complaint, and Mayo therefore seeking and extension of time until January 3, 2023 to answer or otherwise plead,

**IT IS HEREBY ORDERED** that Defendant Mayo Foundation for Medical Education and Research shall have an extension of time to answer or otherwise respond to Plaintiff's Complaint until January 3, 2023.

**IT IS SO ORDERED.**

_____
Hon. Hala Y. Jarbou

{10828475:2 }

Stipulated to:

By: */s/ Philip L. Fraietta*       By: */s/ Christopher F. Allen*

**THE MILLER LAW FIRM, P.C.**

E. Powell Miller (P39487)
Sharon S. Almonrode (P339398)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
950 W University Drive, Suite 300
Rochester, MI 48307
(24) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

**BURSOR & FISHER, P.A.**

Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com
jmarchese@bursor.com

**HEDIN HALL LLP**

Frank S. Hedin
Arun G. Ravindran
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff and the Putative Class*

**MCDONALD HOPKINS PLC**

Michael G. Latiff (P51263)
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com

**MCDONALD HOPKINS LLC**

Christopher F. Allen
(Admitted USDC-MIWD 7/28/2022)
300 N. LaSalle, Suite 1400
Chicago, IL 60654
(312) 280-0111
callen@mcdonaldhopkins.com

**FREDRIKSON & BYRON, P.A.**

Gregory E. Karpenko
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 492-7064
gkarpenko@fredlaw.com
(*application for admission to be filed*)

*Attorneys for Defendant*