UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER,

    Plaintiff,

v.

    Case No. 2:22-cv-188

    Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

## ORDER

The Court having reviewed the parties' Stipulated Order for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 13),

**IT IS ORDERED** that the parties' stipulated order (ECF No. 13) is **GRANTED IN PART** and **DENIED IN PART.** Defendant shall file its responsive pleading on or before **December 13, 2022**.

Dated: December 6, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE