UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER,

    Plaintiff,

v.

    Case No. 2:22-cv-188

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On December 13, 2022, Defendant filed a motion to dismiss (ECF No. 15). On January 3, 2023, Plaintiff filed an amended complaint (ECF No. 19). When filed, an amended complaint supersedes the original complaint, which becomes a nullity. *See Drake v. City of Detroit*, 266 F. App'x 444, 448 (6th Cir. 2008); *Klyce v. Ramirez*, 852 F.2d 568, 1988 WL 74155, at *3 (6th Cir. July 19, 1998) (per curiam) (unpublished table opinion) (collecting cases from other circuits). An amended complaint filed after a motion to dismiss has been filed renders the motion to dismiss moot. *See Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint."). Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 15) is **DENIED as moot**. Defendant's answer or other responsive pleading to Plaintiff's amended complaint is due by **January 17, 2023**.

Dated: January 10, 2023        /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE