UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| **Case No:** 2:22-cv-00188-HYJ-RSK | | | |
|---|---|---|---|
| **Caption:**  Schreiber v. Mayo Foundation For Medical Education and Research | | | |
| **Date:** January 17, 2023 | **Time:** 11:10 - 11:17 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Philip L. Fraietta | Jeffrey Schreiber |
| **DEFENDANT:** | Christopher Allen | Mayo Foundation For Medical Education and Research |

**PROCEEDINGS**

NATURE OF HEARING:

**RULE 16 Scheduling Conference held by telephone.**

**Case management order to issue.**

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter