# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br>Hon. Hala Y. Jarbou<br><br>**DEFENDANT MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant Mayo Foundation for Medical Education and Research ("Mayo") moves to dismiss Plaintiff's First Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for the motion are set forth in Mayo's brief in support of this motion, filed herewith.

In accordance with Rule 7.1(d) of the Local Rules for the Western District of Michigan, the undersigned certifies that he contacted Plaintiff's counsel to determine whether Plaintiff consented to the requested relief, and Plaintiff's counsel advised that Plaintiff opposes the motion.

Dated:  January 17, 2023                           By:/s/ *Christopher F. Allen*

**MCDONALD HOPKINS PLC**

Michael G. Latiff (P51263)
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com

{10913875: }

**MCDONALD HOPKINS LLC**

Christopher F. Allen
(Admitted USDC-MIWD 7/28/2022)
300 N. LaSalle, Suite 1400
Chicago, IL 60654
(312) 280-0111
callen@mcdonaldhopkins.com

**FREDRIKSON & BYRON, P.A.**

Gregory E. Karpenko (#0286473)
(*application for admission pending*)
Anupama D. Sreekanth (#0393417)
(*application for admission pending*)
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone: 612.492.7000
Fax:  612.492.7077
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

***Attorneys for Defendant***