## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br>Hon. Hala Y. Jarbou<br><br>**LR 7.2(b) WORD COUNT CERTIFICATE OF COMPLIANCE** |

I certify that Defendant Mayo Foundation for Medical Education and Research's Brief in Support of its Motion to Dismiss First Amended Class Action Complaint conforms to the requirements of LR 7.2(b) for a brief produced with a proportional font. The length of this brief is 4,798 words excluding those portions of the brief exempted. This brief was prepared using Microsoft Office 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  January 17, 2023

By:*/s/ Christopher F. Allen*

**MCDONALD HOPKINS PLC**

Michael G. Latiff (P51263)
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com

{10913874: }

**MCDONALD HOPKINS LLC**

Christopher F. Allen
(Admitted USDC-MIWD 7/28/2022)
300 N. LaSalle, Suite 1400
Chicago, IL 60654
(312) 280-0111
callen@mcdonaldhopkins.com

**FREDRIKSON & BYRON, P.A.**

Gregory E. Karpenko (#0286473)
(*application for admission pending*)
Anupama D. Sreekanth (#0393417)
(*application for admission pending*)
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone: 612.492.7000
Fax:  612.492.7077
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

*Attorneys for Defendant*

{10913874: }