# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individual and on behalf of all others similarly situated, | Case No. 2:22-cv-00188-HYJ-RSK<br>Hon. Hala Y. Jarbou |
| Plaintiff, | |
| v. | **CHRISTOPHER F. ALLEN'S MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH** |
| MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, | |
| Defendant. | |

Pursuant to Local General Rule 2.5, Christopher F. Allen, one of the attorneys for Defendant Mayo Foundation for Medical Education and Research ("Mayo") respectfully moves this Court to allow him to withdraw as one of the attorneys of record for Mayo. Mr. Allen's last day with McDonald Hopkins LLC is February 13, 2023, and Mr. Allen will no longer represent Mayo after that date. Michael G. Latiff of McDonald Hopkins PLC, and Gregory E. Karpenko and Anupama D. Sreekanth of Fredrikson & Byron, P.A., will continue to represent Mayo.

WHEREFORE, for good cause shown, Christopher F. Allen requests that this Court enter an Order granting him leave to withdraw as counsel for Defendant Mayo Foundation for Medical Education and Research.

Dated: February 10, 2023        Respectfully submitted,

> */s/ Christopher F. Allen*
> MCDONALD HOPKINS PLC
> Michael G. Latiff (P51263)
> 39533 Woodward Avenue
> Suite 318
> Bloomfield Hills, MI 48304
> (248) 646-5070
> mlatiff@mcdonaldhopkins.com

{10981050: }

MCDONALD HOPKINS LLC
Christopher F. Allen
(Admitted USDC-MIWD 7/28/2022)
300 N. LaSalle, Suite 1400
Chicago, IL 60654
(312) 280-0111
callen@mcdonaldhopkins.com

FREDRIKSON & BYRON, P.A.
Gregory E. Karpenko (#0286473)
Anupama D. Sreekanth (#0393417)
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

*Attorneys for Defendant*