UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br>Hon. Hala Y. Jarbou<br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1** |

Pursuant to Local Civil Rule 7.1(d), the undersigned counsel for Defendant Mayo Foundation for Medical Education and Research ("Mayo"), hereby states that he conferred with counsel for Plaintiff by telephone on February 10, 2023 regarding Christopher F. Allen's Motion to Withdraw as Counsel to Mayo. Counsel for Plaintiff informed the undersigned counsel that Plaintiff concurs in the requested relief.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Christopher F. Allen*
MCDONALD HOPKINS PLC
Michael G. Latiff (P51263)
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com

MCDONALD HOPKINS LLC
Christopher F. Allen
(Admitted USDC-MIWD 7/28/2022)
300 N. LaSalle, Suite 1400
Chicago, IL 60654
(312) 280-0111
callen@mcdonaldhopkins.com

{10981067: }

FREDRIKSON & BYRON, P.A.
Gregory E. Karpenko (#0286473)
Anupama D. Sreekanth (#0393417)
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

***Attorneys for Defendant***