UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER,

    Plaintiff,

v.

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

Case No. 2:22–cv–188

Hon. Hala Y. Jarbou

## ORDER

    The Court having reviewed Christopher F. Allen's Motion to Withdraw as Counsel to Defendant Mayo Foundation for Medical Education and Research (ECF No. 27), **IT IS ORDERED** that Christopher F. Allen's motion (ECF No. 27) is **GRANTED**. Michael G. Latiff of McDonald Hopkins PLC, and Gregory E. Karpenko and Anupama D. Sreekanth of Fredrikson & Byron, P.A., will continue to represent Mayo.

    IT IS SO ORDERED.

Dated: February 13, 2023

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge