UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER,

    Plaintiff,

v.

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,

    Defendant.
_____/

Case No. 2:22–cv–188

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Plaintiff's Motion for Leave to File a Notice of Supplemental Authority (ECF No. 32), **IT IS ORDERED** that Plaintiff's motion (ECF No. 32) is **GRANTED**.

IT IS SO ORDERED.

Dated: March 6, 2023

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    Chief United States District Judge