# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-188<br><br>Hon. Hala Y. Jarbou<br>Mag. Ray Kent |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, individually and on behalf of all others similarly situated, submits this notice of supplemental authority to apprise the Court of a recent decision relevant to the issues raised in Plaintiffs' response in opposition (ECF No. 30) to Defendant's motion to dismiss (ECF No. 24):

1.  On March 30, 2023, Judge Shalina D. Kumar issued a decision denying the defendant's motion to dismiss in *Batts v. Gannett Co.*, Case No. 4:22-cv-10685, ECF No. 28 (E.D. Mich. Mar. 30, 2023), a PPPA action similar to the instant matter. A copy of the *Batts* decision is attached hereto as Exhibit A.

2.  In *Batts*, the court held that the plaintiffs, having adequately stated a claim for violation of the PPPA, necessarily had Article III standing to bring suit in federal court. *See Batts*, at 7 ("The Court finds that it has been conclusively established that 'a violation of the PPPA necessarily arises from the nonconsensual dissemination of information that reflects a plaintiff's personal reading choices, which acutely invades a statutorily protected right to privacy in such matters and, thus, inflicts harm in a concrete and particularized way[.]'") (quoting *Pratt v. KSE Sportsman Media, Inc.*, 586 F. Supp. 3d 666, 671 (E.D. Mich. 2022)).

3.  The court in *Batts* also held that the six-year limitation period found in M.C.L § 600.5813 applied to plaintiffs' PPPA claims, and that the limitation period was tolled for 101 days pursuant to Mich. Executive Order 2020-58 and Michigan Supreme Court Administrative Order 2020-3 (the "COVID-19 Orders"). *See id.*, at

10 ("Consistent with the now well-established rulings from courts within the circuit, the Court finds that the six-year limitations period applies to the plaintiffs' claims.") & 11 n.4 (finding that the six-year limitation period was tolled for 101 days pursuant to the COVID-19 Orders).

4.  Finally, the *Batts* court found that the plaintiffs' complaint contained "well-pleaded allegations that they were USA Today subscribers and that Gannett disclosed their private reader information without their authorization within the relevant time period." *Batts*, at 13. Recognizing that it "must accept plaintiffs' allegations as true," the court "f[ound] that they are sufficient to state a claim for relief that is plausible on its face" and accordingly denied the defendant's motion to dismiss pursuant to Rule 12(b)(6). *Id.* at 13; *see also id.* at 4-5 (construing defendant's motion as a Rule 12(b)(6) motion). Notably, in reaching its decision, the court considered and rejected defendant's arguments regarding the recent decision in *Nashel v. The New York Times Co.*, 22-cv-10633 (E.D. Mich. Oct.11, 2022). *See Batts*, at 2 n.2.

Dated: March 31, 2023               Respectfully submitted,

                                    */s/ E. Powell Miller*
                                    E. Powell Miller (P39487)
                                    THE MILLER LAW FIRM, P.C.
                                    950 W. University Drive, Suite 300
                                    Rochester, MI 48307
                                    Tel: 248-841-2200
                                    epm@millerlawpc.com

        Joseph I. Marchese
        Philip L. Fraietta (P85228)
        BURSOR & FISHER, P.A.
        888 Seventh Avenue
        New York, New York 10019
        Tel: 646.837.7150
        Fax: 212.989.9163
        jmarchese@bursor.com
        pfraietta@bursor.com

        Frank S. Hedin
        David W. Hall
        HEDIN HALL LLP
        1395 Brickell Avenue, Suite 1140
        Miami, Florida 33131
        Tel: 305.357.2107
        Fax: 305.200.8801
        fhedin@hedinhall.com
        dhall@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                         */s/ E. Powell Miller*
                         E. Powell Miller (P39487)
                         **THE MILLER LAW FIRM, P.C.**
                         950 W. University Dr., Ste. 300
                         Rochester, MI 48307
                         Tel: (248) 841-2200
                         epm@millerlawpc.com