UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 2:22-cv-00188-HYJ-RSK | |
| **Caption:** Schreiber v. Mayo Foundation For Medical Education and Research | |

| **Date:** April 17, 2023 | **Time:** 12:26 - 2:35 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Joseph I. Marchese<br>Philip L. Fraietta | Jeffrey Schreiber |
| **DEFENDANT:** | Gregory Karpenko<br>Michael G. Latiff | Mayo Foundation For Medical Education and Research |

## PROCEEDINGS

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case.**

| Event | Time | Digitally recorded |
|---|---|---|
| Settlement discussions between Judge and parties | 12:26 - 2:35 p.m. | No |

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter