# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou |

**STIPULATED ORDER PERMITTING FILING OF PLAINTIFF'S
<u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Plaintiff Jeffrey Schreiber and Defendant Mayo Foundation for Medical Education and Research ("Mayo"), by and through their respective counsel, hereby stipulate and agree as follows: Defendant Mayo consents and stipulates to the allowing Plaintiff to file his Second Amended Complaint (attached here as **Exhibit A**); and that Defendant Mayo shall not be required to answer Plaintiff's First Amended Complaint, ECF No. 19, but rather shall file its answer to Plaintiff's Second Amended Complaint 14 days following an entry of an order from this Court permitting the filing of Plaintiff's Second Amended Complaint and the docketing of this filing by the Clerk of the Court.

Defendant consents and stipulates to the foregoing while reserving all attendant defenses.

**IT IS HEREBY ORDERED** that Plaintiffs shall be allowed to file their Second Amended Complaint, per written consent of the Defendant and the Court will order the Clerk of the Court to file the Second Amended Complaint; and the deadline by which Defendant shall answer or otherwise respond to Plaintiff's Second Amended Complaint shall be 14 days following the filing on the docket of Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

_____
Hon. Hala Y. Jarbou

Stipulated to:

Dated: July 26, 2023

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff and the Putative Class*

/s/ Gregory E. Karpenko w/consent
Gregory E. Karpenko
Anupama D. Sreekanth
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Ste 4000
Minneapolis, MN 55402-1425
Phone: (612) 492-7000
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

Michael G. Latiff (P51263)
**MCDONALD HOPKINS PLC**
39533 Woodward Avenue, Ste 318
Bloomfield Hills, MI 48304
Phone: (248) 646-5070
mlatiff@mcdonaldhopkins.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com