# Exhibit A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-188<br><br>Honorable Hala Y. Jarbou<br>Mag. Ray Kent |

## **ORDER**

This matter having come before the Court on the Parties' Joint Motion to Modify Interim Deadlines in the Case Management Order for the First Time, IT IS HEREBY ORDERED THAT:

The Case Management Order (ECF No. 23) is modified as follows, extending certain interim deadlines for a total of ninety (90) days such that:

    a. Plaintiffs' Expert Disclosures shall be due on January 16, 2024;

    b. Plaintiffs' Motion for Class Certification shall be due on January 29, 2024;

    c. Defendant's Expert Disclosures shall be due on February 16, 2024; and

    d. All other deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: _____

                                                                                  Hon. Hala Y. Jarbou
                                                                                 Chief United States District Court Judge