IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-188<br><br>Honorable Hala Y. Jarbou<br>Mag. Ray Kent |

## ORDER

This matter having come before the Court on the Parties' Joint Motion to Modify Interim Deadlines in the Case Management Order for the First Time, IT IS HEREBY ORDERED THAT:

The Case Management Order (ECF No. 23) is modified as follows, extending certain interim deadlines for a total of ninety (90) days such that:

a. Plaintiffs' Expert Disclosures shall be due on January 16, 2024;

b. Plaintiffs' Motion for Class Certification shall be due on January 29, 2024;

c. Defendant's Expert Disclosures shall be due on February 16, 2024; and

d. All other deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  September 28, 2023            /s/Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       Chief United States District Judge