UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER, et al.,

    Plaintiffs,

v.

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,

    Defendant.

_____/

Case No. 2:22-cv-188

Hon. Hala Y. Jarbou

## **ORDER**

The Court orders that the parties undertake a mediation effort with the Honorable Gerald E. Rosen (Ret.), the former chief judge of the Eastern District of Michigan.

After consultation with counsel, the mediator is empowered to make the following determinations concerning mediation: (i) the format, (ii) number of sessions, (iii) the appropriate persons, including all insurers (party and insurance representatives must include persons with full settlement authority), (iv) the location, and (v) the date(s).

The mediator shall immediately notify the Court of the mediation date.

**IT IS SO ORDERED.**

Dated: October 30, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE