## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Proposed Third Amended Class Action Complaint |
| Exhibit 2 | Declaration of E. Powell Miller |
| Exhibit 3 | Jan. 11, 2023 correspondence from Plaintiffs to Defendant & Plaintiffs' First Set of Interrogatories and First Set of Requests for Production |
| Exhibit 4 | Feb. 10, 2023 correspondence from Defendant to Plaintiffs & Defendant's written discovery responses |
| Exhibit 5 | Defendant's Feb. 23, 2023 Initial Disclosures |
| Exhibit 6 | Defendant's Mar. 16, 2023 Amended Initial Disclosures |
| Exhibit 7 | Apr. 7, 2023 production from Defendant |
| Exhibit 8 | June 19, 2023 production from Defendant |
| Exhibit 9 | Subpoena to SFG, LLC dated June 1, 2023 |
| Exhibit 10 | SFG's Response to Subpoena |
| Exhibit 11 | Rounds of correspondence among Plaintiffs' counsel and SFG's counsel |
| Exhibit 12 | Subpoena to SFG, LLC dated Sept. 14, 2023 |
| Exhibit 13 | Email dated Oct. 10, 2023 |
| Exhibit 14 | Email dated Oct. 23, 2023 |