# EXHIBIT 7

| | |
|---|---|
| **From:** | Phil Fraietta |
| **To:** | Gregory A. Mitchell |
| **Subject:** | Fwd: Schreiber v. Mayo - Mayo"s document production |
| **Date:** | Tuesday, November 21, 2023 5:26:53 PM |
| **Attachments:** | image001.png |

---------- Forwarded message ---------
From: **Sreekanth, Anupama** <ASreekanth@fredlaw.com>
Date: Fri, Apr 7, 2023 at 4:08 PM
Subject: Schreiber v. Mayo - Mayo's document production
To: Phil Fraietta <pfraietta@bursor.com>, Frank Hedin <fhedin@hedinhall.com>, E. Powell Miller <epm@millerlawpc.com>, Joseph Marchese <jmarchese@bursor.com>, ssa@millerlawpc.com <ssa@millerlawpc.com>
Cc: Karpenko, Gregory <gkarpenko@fredlaw.com>, Curtis, Peggy <PCurtis@fredlaw.com>, Dean, Christopher <cdean@mcdonaldhopkins.com>, Latiff, Michael <mlatiff@mcdonaldhopkins.com>

Counsel,

Mayo is producing documents bates-labeled MAYO_Schreiber_000001 - MAYO_Schreiber_000381 in the above-referenced matter via the following share-file link: https://fredriksonandbyron.sharefile.com/f/foec8ef4-3e1e-4f2b-aec5-014aa655c052

Several of the documents have been labeled Confidential pursuant to the protective order entered in this case.  Production specs are based on the parties' joint ESI protocol.

To access the documents, you will need to set up an account on our share-file site, using your email and the "forgot password" button to create a password.  The password to access the zip file is: **b#a#1M77**

If you have any problems accessing the documents, please let us know.

Regards,

Anu

**Anupama D. Sreekanth | Shareholder | Fredrikson & Byron, P.A.**

200 South Sixth Street, Suite 4000 | Minneapolis, MN 55402-1425

direct: 612.492.7445 | fax: 612.492.7077 | asreekanth@fredlaw.com

Pronouns: She/Her/Hers

**Fredrikson**

*\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\**

--

Philip L. Fraietta
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
646-837-7142 (tel)
914-498-0285 (mobile)
212-989-9163 (fax)
pfraietta@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege.  Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it.  If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.