# EXHIBIT 8

| From: | Phil Fraietta |
|---|---|
| To: | Gregory A. Mitchell |
| Subject: | Fwd: Schreiber v. Mayo |
| Date: | Tuesday, November 21, 2023 5:27:13 PM |
| Attachments: | image001.png |

---------- Forwarded message ---------
From: **Storer, Donnarose** <DStorer@fredlaw.com>
Date: Mon, Jun 19, 2023 at 11:27 AM
Subject: Schreiber v. Mayo
To: pfraietta@bursor.com <pfraietta@bursor.com>, fhedin@hedinhall.com
<fhedin@hedinhall.com>
Cc: Karpenko, Gregory <gkarpenko@fredlaw.com>, Sreekanth, Anupama
<ASreekanth@fredlaw.com>, Curtis, Peggy <PCurtis@fredlaw.com>,
cdean@mcdonaldhopkins.com <cdean@mcdonaldhopkins.com>,
mlatiff@mcdonaldhopkins.com <mlatiff@mcdonaldhopkins.com>


Counsel,


Mayo is producing documents bates-labeled **MAYO_Schreiber_000382 -
MAYO_Schreiber_000503** in the above-referenced matter.  The documents can be accessed
via the following sharefile link: https://fredriksonandbyron.sharefile.com/f/fo199877-d7ad-
4a3d-af9a-e694a3368fac. The password to access the documents if necessary is **y52czMHY**.


Several of the documents have been labeled Confidential pursuant to the protective order
entered in this case.  Production specs are based on the parties' joint ESI protocol.


You will have 7 days to access and download the documents.  To set up a password for first-
time access or to reset it if forgotten, recipients should select the "Forgot Password?" option
on ShareFile login page. If you have any problems accessing the documents, please let us
know.


Best,


**Donnarose Storer**

**Paralegal**

**Fredrikson & Byron P.A.**

**200 South Sixth Street, Suite 4000**

**Minneapolis, MN  55402**

**612-492-7733 (office)**

**612-492-7077 (fax)**

**dstorer@fredlaw.com**



**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***

--

Philip L. Fraietta
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
646-837-7142 (tel)
914-498-0285 (mobile)
212-989-9163 (fax)
pfraietta@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege.  Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it.  If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.