# EXHIBIT 13

Monday, November 20, 2023 at 22:39:51 Eastern Standard Time

**Subject:** CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo
**Date:** Tuesday, October 10, 2023 at 12:11:05 PM Eastern Daylight Time
**From:** Patrick G. Murphy
**To:** Frank Hedin, pfraietta@bursor.com
**Attachments:** 0.png

Frank and Phil,

A few weeks ago we discussed the subpoena dated 9/14/23 you sent to my client SFG. At that time, I indicated the dates for the deposition and inspection did not work for me and my client and that we would need to reschedule the same. After discussing my client's objection to the inspection at some length, we agreed you would send me an affidavit for my client to sign regarding the absence of logs in SFG's possession for the Mayo Michigan subscriber data between 5/1/16 and 8/1/16 that would alleviate the need for an inspection. I have not heard back from you with new dates for the deposition nor a draft affidavit.

Regardless, SFG searched again for the logs using a different search tool. The search was successful. As such, I have attached an updated sharefile containing the logs you requested to supplement the subpoena response I sent you on 7/20/23. Please note I attempted to bate stamp and mark every page CONFIDENTIAL. However, doing so is cumbersome. As such, I have also included two excel spreadsheets which are in native format. Please consider these spreadsheets marked as CONFIDENTIAL and therefore covered under the case protective order in place along with the rest of the responses. Also included in the sharefile are responses to the 9/14/23 subpoena.

I expect we will need to set up a phone conference in an effort to explain how to interpret the logs. I am certainly willing to do so. Just let me know your availability.

Pat


https://barrettlaw.sharefile.com/d-s0551dd92cac24be88eec5872bf482a87

Patrick G. Murphy | PARTNER



**215 East Berry Street**
**Fort Wayne, Indiana 46802**
Direct: (260) 423-8971 | Fax: (260) 423-8920
Email: pat@barrettlaw.com | barrettlaw.com

CONFIDENTIAL INFORMATION: The information contained in this email and any attached files are confidential and may be protected by

attorney-client privilege. This email is intended for the sole use of the individual(s) or entity to whom they are addressed. Sharing any part of this email with any third party is strictly prohibited. If you have received this email in error, please reply to sender and proceed to delete this message.