# EXHIBIT 14

Monday, November 20, 2023 at 22:45:58 Eastern Standard Time

**Subject:** RE: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo
**Date:** Monday, October 23, 2023 at 1:26:50 PM Eastern Daylight Time
**From:** Patrick G. Murphy
**To:** Frank Hedin, Phil Fraietta
**Attachments:** image001.png, image002.png, 0.png

Frank and Phil,

You have requested that, in addition to the numerous documents provided and supplemental phone calls and explanations given to you, that SFG produce the July 2013 data file that CRI downloaded in 2016. As we discussed, this data file was previously downloaded by CRI multiple times prior to the relevant time frame. However, since it was downloaded again in the relevant time frame, SFG has now sent it to Mayo so they can produce it to you. At this point, SFG has sent to you, through Mayo, all downloaded files during the relevant time frame. SFG has also searched for, found and produced directly to you logs showing that the data files produced were the only files downloaded during the relevant time frame.

SFG objects to producing any further information. This has taken a lot of time and effort by SFG. All further requests require SFG to disclose confidential information containing information irrelevant to your case which is unduly burdensome and time consuming to produce and that has no chance of producing any relevant evidence. Further said requests are not proportional to the needs of the case. At this point, you have all info SFG is aware of during the relevant time frame that was downloaded by CRI or anyone. I fail to see how information that was never downloaded by CRI is of any value. I think we are at the point of severely diminished returns wherein your requests simply have become an unnecessary side track unrelated to proving your case.

Pat


Patrick G. Murphy | PARTNER



**215 East Berry Street**
**Fort Wayne, Indiana 46802**
Direct: (260) 423-8971 | Fax: (260) 423-8920
Email: pat@barrettlaw.com | barrettlaw.com

CONFIDENTIAL INFORMATION: The information contained in this email and any attached files are confidential and may be protected by attorney-client privilege. This email is intended for the sole use of the individual(s) or entity to whom they are addressed. Sharing any part of this email with any third party is strictly prohibited. If you have received this email in error, please reply to sender and proceed to delete this message.

**From:** Frank Hedin <fhedin@hedinhall.com>
**Sent:** Monday, October 23, 2023 9:58 AM
**To:** Phil Fraietta <pfraietta@bursor.com>; Patrick G. Murphy <PAT@barrettlaw.com>; Joseph Marchese <jmarchese@bursor.com>; E. Miller <epm@millerlawpc.com>; Gregory A. Mitchell <gam@millerlawpc.com>
**Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Patrick:
We need a response from you today on this, or we will seek court intervention.

Frank


Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801


**From:** Frank Hedin <fhedin@hedinhall.com>
**Date:** Friday, October 20, 2023 at 5:59 PM
**To:** Phil Fraietta <pfraietta@bursor.com>, Patrick G. Murphy <PAT@barrettlaw.com>, Joseph Marchese <jmarchese@bursor.com>, E. Miller <epm@millerlawpc.com>, Gregory A. Mitchell <gam@millerlawpc.com>
**Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Patrick,
Following up again on this. Can you please provide an update?


Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801


**From:** Frank Hedin <fhedin@hedinhall.com>
**Date:** Thursday, October 19, 2023 at 10:17 AM
**To:** Phil Fraietta <pfraietta@bursor.com>, Patrick G. Murphy <PAT@barrettlaw.com>
**Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Patrick,
Following up on our call last week. Do you have an update on SFG's production of the

information and files we discussed?

Frank


Frank S. Hedin

HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801



**From:** Phil Fraietta <pfraietta@bursor.com>
**Date:** Thursday, October 12, 2023 at 10:26 AM
**To:** Patrick G. Murphy <PAT@barrettlaw.com>
**Cc:** Frank Hedin <fhedin@hedinhall.com>
**Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Pat,

As we discussed, please see *Boelter v. Hearst Communications, Inc.*, 269 F. Supp. 3d 172, 206-07 (S.D.N.Y. 2017) (finding all four disclosures to "Company 3" violated the PPPA)

On Thu, Oct 12, 2023 at 9:40 AM Patrick G. Murphy <PAT@barrettlaw.com> wrote:

> Will do.
>
> **Patrick G. Murphy** | PARTNER
>
> 
>
> **215 East Berry Street**
> **Fort Wayne, Indiana 46802**
> Direct: (260) 423-8971 | Fax: (260) 423-8920
> Email: pat@barrettlaw.com | barrettlaw.com
>
> CONFIDENTIAL INFORMATION: The information contained in this email and any attached files are confidential and may be protected by attorney-client privilege. This email is intended for the sole use of the individual(s) or entity to whom they are addressed. Sharing any part of this email with any third party is strictly prohibited. If you have received this email in error, please reply to sender and proceed to delete this message.
>
> **From:** Frank Hedin <fhedin@hedinhall.com>
> **Sent:** Thursday, October 12, 2023 9:12 AM
> **To:** Patrick G. Murphy <PAT@barrettlaw.com>
> **Cc:** pfraietta@bursor.com
> **Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Patrick,
Phil and I would both like to attend this call, so let's use this call-in number instead if you don't mind:

Dial-in number: (425) 436-6396
Access code: 672773

Talk to you at 10. Thanks.

Frank


Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801


**From:** Patrick G. Murphy <PAT@barrettlaw.com>
**Date:** Tuesday, October 10, 2023 at 2:07 PM
**To:** Frank Hedin <fhedin@hedinhall.com>
**Cc:** pfraietta@bursor.com <pfraietta@bursor.com>
**Subject:** RE: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo


Thursday works better for me.  I will call you Thursday at 10am ET.

**From:** Frank Hedin <fhedin@hedinhall.com>
**Sent:** Tuesday, October 10, 2023 12:45 PM
**To:** Patrick G. Murphy <PAT@barrettlaw.com>
**Cc:** pfraietta@bursor.com
**Subject:** Re: CONFIDENTIAL SFG Subpoena Response Schreiber v Mayo

Thank you very much Patrick. Are you available tomorrow or Thursday for a call to discuss? I am free either day from 10am until 3pm ET.
Frank S. Hedin
**Hedin Hall LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
(305) 357-2107
http://www.hedinhall.com


> On Oct 10, 2023, at 12:11 PM, Patrick G. Murphy <PAT@barrettlaw.com> wrote:

**4 of 6**

**Patrick G. Murphy | PARTNER**



**215 East Berry Street**
**Fort Wayne, Indiana 46802**
Direct: (260) 423-8971 | Fax: (260) 423-8920
Email: pat@barrettlaw.com | barrettlaw.com

CONFIDENTIAL INFORMATION: The information contained in this email and any attached files are confidential and may be protected by attorney-client privilege. This email is intended for the sole use of the individual(s) or entity to whom they are addressed. Sharing any part of this email with any third party is strictly prohibited. If you have received this email in error, please reply to sender and proceed to delete this message.

Frank and Phil,

A few weeks ago we discussed the subpoena dated 9/14/23 you sent to my client SFG. At that time, I indicated the dates for the deposition and inspection did not work for me and my client and that we would need to reschedule the same. After discussing my client's objection to the inspection at some length, we agreed you would send me an affidavit for my client to sign regarding the absence of logs in SFG's possession for the Mayo Michigan subscriber data between 5/1/16 and 8/1/16 that would alleviate the need for an inspection. I have not heard back from you with new dates for the deposition nor a draft affidavit.

Regardless, SFG searched again for the logs using a different search tool. The search was successful. As such, I have attached an updated sharefile containing the logs you requested to supplement the subpoena response I sent you on 7/20/23. Please note I attempted to bate stamp and mark every page CONFIDENTIAL. However, doing so is cumbersome. As such, I have also included two excel spreadsheets which are in native format. Please consider these spreadsheets marked as CONFIDENTIAL and therefore covered under the case protective order in place along with the rest of the responses. Also included in the sharefile are responses to the 9/14/23 subpoena.

I expect we will need to set up a phone conference in an effort to explain how to interpret the logs. I am certainly willing to do so. Just let me know your availability.

Pat

https://barrettlaw.sharefile.com/d-s0551dd92cac24be88eec5872bf482a87

**Patrick G. Murphy | PARTNER**

<0.png>
**215 East Berry Street**
**Fort Wayne, Indiana 46802**

Direct: (260) 423-8971 | Fax: (260) 423-8920
Email: pat@barrettlaw.com | barrettlaw.com

CONFIDENTIAL INFORMATION: The information contained in this email and any attached files are confidential and may be protected by attorney-client privilege. This email is intended for the sole use of the individual(s) or entity to whom they are addressed. Sharing any part of this email with any third party is strictly prohibited. If you have received this email in error, please reply to sender and proceed to delete this message.

--

Philip L. Fraietta
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
646-837-7142 (tel)
914-498-0285 (mobile)
212-989-9163 (fax)
pfraietta@bursor.com
https://protect-us.mimecast.com/s/uTJtC1wV9BTMAMkjUY145V?domain=bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.