IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou |

## CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to W.D. Mich. LCivR 7.1(d), throughout November 2023, counsel for Plaintiffs and counsel for Defendant have met and conferred on multiple occasions regarding Plaintiffs seeking Defendant's consent in the filing of Plaintiffs' Proposed Third Amended Complaint. Defendant's counsel has indicated that Defendant does not consent to the filing of the proposed Third Amended Complaint. And on November 17, 2023, following a November 15, 2023 telephonic meet and confer during which Plaintiffs' counsel sought Defendant's concurrence in above motion here, Plaintiffs' Motion for Leave to File Third Amended Complaint,

Defendant's counsel indicated that it would oppose this motion, and, as such, concurrence in this Motion was not obtained.

Dated: December 4, 2023   Respectfully submitted,

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                  */s/ E. Powell Miller*
                                  E. Powell Miller (P39487)
                                  **THE MILLER LAW FIRM, P.C.**
                                  950 W. University Dr., Ste. 300
                                  Rochester, MI 48307
                                  Tel: (248) 841-2200
                                  epm@millerlawpc.com