IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF
IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
<u>PLAINTIFFS' THIRD AMENDED COMPLAINT</u>**

For Plaintiffs' Motion, Plaintiffs state as follows:

1.    Plaintiffs acknowledge that their contemporaneously-filed Motion for Leave to File Plaintiffs' Third Amended Complaint may be determined to be a non-dispositive motion. *See* W.D. Mich. LCivR 7.2(a) (enumerating certain dispositive motions, though noting that the list is not intended to be exhaustive).

2.    Under W.D. Mich. LCivR 7.3(b)(i), the word count limit for briefs supporting or opposing non-dispositive motions is 4,300 words, excluding from the word count limit those described in W.D. Mich. LCivR 7.3(b)(1).

3. In order to properly detail the background of this case and the timing of Plaintiffs' proposed amended complaint, Plaintiffs believe it would be helpful to the Court to precisely identify the timeline of the discovery process that has unfolded here, and, as such, Plaintiffs' brief in support is 7,267 words.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file their Brief in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Complaint in an amount not to exceed 7,267 words.

Dated: December 4, 2023	Respectfully submitted,

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131

        Tel: 305.357.2107
        fhedin@hedinhall.com
        aravindran@hedinhall.com

        *Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                          */s/ E. Powell Miller*
                                          E. Powell Miller (P39487)
                                          **THE MILLER LAW FIRM, P.C.**
                                          950 W. University Dr., Ste. 300
                                          Rochester, MI 48307
                                          Tel: (248) 841-2200
                                          epm@millerlawpc.com