UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER, et al.,

        Plaintiffs,                  Case No. 2:22–cv–00188–HYJ–RSK

v.                                    Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:               December 18, 2023   01:30 PM
Chief Judge:            Hala Y. Jarbou
Place/Location:        by video

*Zoom connection information will be issued separately.*

                                          HALA Y. JARBOU
                                          Chief United States District Judge

Dated:  December 14, 2023        By:   /s/ A. Seymore
                                             Judicial Assistant