UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>        Defendant. | Case No. 2:22-cv-188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou |

**STIPULATION AND ORDER FOR DEFENDANT MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

The parties, through their undersigned counsel hereby stipulate to a two week extension, until January 2, 2024, for Defendant Mayo Foundation for Medical Education and Research to file its response to Plaintiffs' Motion for Leave to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) & 16(b); and the Court being further advised of the premises herein:

**IT IS HEREBY ORDERED** that Defendant Mayo Foundation for Medical Education and Research shall have a two week extension, until January 2, 2024, to

32975626.1

respond to Plaintiffs' Motion for Leave to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) & 16(b).

**IT IS SO ORDERED.**

_____
Hon. Hala Y. Jarbou

STIPULATED TO:

By: /s/Philip L. Fraietta (w/consent)
Joseph I. Marchese
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

Fred S. Hedin
Arun G. Ravidran
**HEDRIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff and the Punitive Class*

By: /s/Michael G. Latiff
Michael G. Latiff (P51263)
**MCDONALD HOPKINS PLC**
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 220-1351
mlatiff@mcdonaldhopkins.com

Gregory E. Karpenko
Anupama D. Sreekanth
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone: 612.492.7000
Fax: 612.492.7077
gkarpenko@fredlaw.com
asreekanth@fredlaw.com

*Attorneys for Defendant*

32975626.1