UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER, et al.,

    Plaintiffs,                                  Case No. 2:22–cv–00188–HYJ–RSK

v.                                             Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

## ORDER

    The Court having reviewed the parties' Stipulation and Proposed Order for Defendant Mayo Foundation for Medical Education and Research to File its Response to Plaintiffs' Motion for Leave to File Third Amended Complaint (ECF No. 61), **IT IS ORDERED** that the parties' stipulation (ECF No. 61) is **GRANTED**. The response shall be filed by January 2, 2024.

    IT IS SO ORDERED.

Dated: December 15, 2023                          /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      Chief United States District Judge