UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

## MINUTES

JEFFREY SCHREIBER, et al.,

    Plaintiffs,

v.

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

CASE NO. 2:22-cv-188
DATE: December 18, 2023
TIME: 1:30 PM – 1:41 PM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):

Frank S. Hedin
Philip L. Fraietta
E. Powell Miller

DEFENDANT(S):

Gregory Karpenko
Michael Geroge Latiff

## PROCEEDINGS

NATURE OF HEARING:
Status Conference held via Zoom.

COURT REPORTER:   Trisha Cameron                         /s/ B. Sauve
                                                                                        CASE MANAGER