# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER; RICHARD COLONY; and KAY VREDEVELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 2:22-cv-00188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND ASSOCIATED DOCUMENTS (ECF NOS. 54, 55, & 57)

Plaintiffs, individually and on behalf of all others similarly situated, hereby file this Notice of Withdrawal of Plaintiffs' Motion for Leave to File a Third Amended Complaint and Associated Documents (ECF Nos. 54, 55, & 57).[1]

Dated: December 21, 2023         Respectfully submitted,

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300

---

[1] Plaintiffs' Motion for Leave – ECF No. 54; Plaintiffs' Brief in Support – ECF No. 55; Plaintiffs' Motion for Leave to File Enlarged Brief – ECF No. 57.

1

Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                           */s/ E. Powell Miller*
                                           E. Powell Miller (P39487)
                                           **THE MILLER LAW FIRM, P.C.**
                                           950 W. University Dr., Ste. 300
                                           Rochester, MI 48307
                                           Tel: (248) 841-2200
                                           epm@millerlawpc.com