## **INDEX OF EXHIBITS**

Exhibit A-  Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (including Settlement Agreement and exhibits thereto)

Exhibit B-  Declaration of Frank S. Hedin in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

Exhibit C-  Declaration of Philip L. Fraietta in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

Exhibit D-  *Loftus v. Outside Integrated Media, LLC*, No. 2:21-cv-11809 (E.D. Mich. Aug. 9, 2022), Transcript of Hearing on Motion for Final Approval of Class Action Settlement

Exhibit E-  Proposed Order