UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER, et al.,

    Plaintiffs,                       Case No. 2:22–cv–00188–HYJ–RSK

v.                                 Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,

    Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Omnibus Hearing
Date/Time:  May 29, 2024   09:00 AM
Chief Judge:  Hala Y. Jarbou
Place/Location:  128 Federal Building, Lansing, MI

                                HALA Y. JARBOU
                                Chief United States District Judge

Dated:  February 21, 2024      By:   /s/ B. Sauve
                                       Case Manager