UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY SCHREIBER, RICHARD COLONY, KAY VREDEVELD, and MICHAEL SURNOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 22-cv-00188-HYJ-RSK<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Ray S. Kent |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR SERVICE AWARDS AND FEE AWARD**

Plaintiffs respectfully request leave to file an oversized Brief in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award (the "Fee Petition Brief"), which contains 11,585 words.

1. This is a complex class action, and the settlement involves the resolution of putative claims against Defendant by 62,746 Class Members.

2. In order to fully address the issues involved in the Plaintiffs' Motion for Service Awards and Fee Award, and to discuss each of the relevant factors, the Fee Petition Brief contains 11,585 words, which exceeds the word limit established by W.D. Mich. LCivR 7.2(b)(i), 10,800 words – and also that set forth in W.D. Mich. LCivR 7.3(b)(i), 4,300 words.

1

3. Pursuant to Local Rule 7.1(c), this Court has discretion to enlarge any word count established under the Local Rules.

4. Plaintiffs therefore respectfully request leave to file a Fee Petition brief in excess of the word limitations provided by the local rules, not to exceed 11,585 words.

5. Counsel for Plaintiffs sought concurrence from Counsel for Defendant, and Defendant does not oppose the requested relief to exceed word limits.

WHEREFORE, Plaintiffs request that this Court grant Plaintiffs leave to file an oversized Fee Petition Brief not to exceed 11,585 words.

Dated: April 29, 2024          Respectfully submitted

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**

        1330 Avenue of the Americas, 32nd Floor
        New York, New York 10019
        Tel: 646.837.7150
        jmarchese@bursor.com
        pfraietta@bursor.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on April 29, 2024, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200