## INDEX OF EXHIBITS

Exhibit A-  Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award

Exhibit B-  Declaration of Frank S. Hedin in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award

Exhibit C-  Declaration of Philip L. Fraietta in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award