UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY SCHREIBER, et al.,

    Plaintiffs,

Case No. 2:22−cv−00188−HYJ−RSK

v.

Hon. Hala Y. Jarbou

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,

    Defendant.

_____/

## ORDER

The Court having reviewed Plaintiffs' Unopposed Motion for Leave to File an Oversized Brief in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award (ECF No. 70), **IT IS ORDERED** that Plaintiffs' motion (ECF No. 70) is **GRANTED**.

IT IS SO ORDERED.

Dated: April 30, 2024

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge