# **INDEX OF EXHIBITS**

A-  Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B-  Declaration of Frank S. Hedin in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

C-  Declaration of Philip L. Fraietta in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

D-  Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement

E-  [Proposed] Final Judgment and Order of Dismissal With Prejudice