# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

## CORRECTED MINUTES

JEFFREY SCHREIBER, et al.,

    Plaintiffs,

v.

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,

    Defendant.
_____/

CASE NO. 2:22-cv-188
DATE: May 29, 2024
TIME: 9:03 AM – 9:26 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):

Frank S. Hedin
E. Powell Miller
Joseph Marchese

DEFENDANT(S):

Michael Geroge Latiff

## PROCEEDINGS

NATURE OF HEARING:
Fairness Hearing held; Plaintiffs' Unopposed Motion for Service Awards and Fee Award (ECF No. 72) and Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 75) granted; order to issue.

*Corrected date of hearing

COURT REPORTER:   Trisha Cameron

/s/ B. Sauve
CASE MANAGER